
**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**

BETSY TRAYWICK,
Plaintiff,

vs. Case No.: 3:07cv223/MCR/EMT

MICHAEL J. ASTRUE,
Commissioner of Social Security,
Defendant.

_______________________________/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 12, 2007. The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Defendant's Motion to Remand (Doc. 16) is **GRANTED** and the Commissioner's decision denying benefits is **REVERSED**.

3. This case is **REMANDED** to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

4. Defendant is ordered to conduct proceedings in accordance with the Report and Recommendation (Doc. 17).

5. A final judgment shall be entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE AND ORDERED** this 11th day of January, 2008.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**