**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

BETSY TRAYWICK,
    Plaintiff,

vs.                                      Case No.: 3:07cv223/MCR/EMT

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 21, 2008 (Doc. 29).  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Petitioner's Petition for Authorization of Attorney Fees, pursuant to 42 U.S.C. § 406(b) (Docs. 26), is **GRANTED**.  Petitioner should be awarded attorney's fees in the amount of $7,614.50, to be paid out of the sums withheld by the Commissioner from Plaintiff's past due benefits.

    3.  Upon receipt of attorney's fees in the amount of $7,614.50 pursuant to 42 U.S.C. § 406(b), Petitioner shall refund to Plaintiff the EAJA sum of $2,514.53.

    **DONE AND ORDERED** this 19th day of November, 2008.

                                          *s/ M. Casey Rodgers*
                                          **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**